| PROB.22 (Rev. 2/88) | DOCKET NUMBER (Tran. Court) 1:10CR00013-01S |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) *13cr40017* |

| NAME AND ADDRESS OF SUPERVISED RELEASEE  Jose Diaz  AKA: Joseph Diaz  Massachusetts | DISTRICT  Rhode Island | DIVISION  Providence |
|---|---|---|
| | NAME OF SENTENCING JUDGE  Honorable William E. Smith  U.S. District Judge | |
| | DATES OF SUPERVISED RELEASE | FROM: April 8, 2013 — TO: April 7, 2016 |

OFFENSE
**Count I**: Felon in Possession of a Firearm

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF MASSACHUSETTS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

_____6/14/13_____              _____[signature]_____
Date                                               Honorable William E. Smith
                                                      U.S. District Court Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____7/18/13_____              _____[signature]_____
Date                                               United States District Judge